UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN BERMAN, | No. C 12-03869 LB |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S PRO SE REQUEST FOR PERMISSION TO E-FILE** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (OPENTV, REAL PARTY IN INTEREST), | [ECF No. 4] |
| Defendants. | |

Plaintiff John Berman, appearing pro se, asks to participate in the court's Electronic Case Filing (ECF) program. ECF No. 4.[1] To e-file, litigants must register to use the ECF and PACER systems. In an early case, another judge on this court allowed him to e-file. *See Berman v. OpenTV Corp. et al.*, C 09-04065 JL.

Based on Plaintiff's representations that he navigated the ECF system successfully before and still has the technology skills (in part because he is a working electronic hardware engineer who uses computers and the internet daily) to use ECF, the court **GRANTS** Plaintiff's request to e-file in this case. The court reminds Plaintiff of the following: (1) he should review and must abide by all of the requirements for e-filing; and (2) once he is registered for e-filing, he will receive notices and

---

[1] Court filings are identified by their docket number and page on the Electronic Case Filing ("ECF") docket sheet.

C 12-03869 LB
ORDER

1 documents only by email in this case and not by regular mail.

2 This order does not automatically register plaintiff with ECF. Plaintiff should consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

This disposes of ECF No. 4.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
LAUREL BEELER
United States Magistrate Judge