IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BERMAN,

    Plaintiff,

  v.

SUPERIOR COURT OF STATE OF CALIFORNIA, et al.,

    Defendants.

No. C 12-03869 WHA

**ORDER REFERRING MOTION FOR JUDICIAL RECUSAL**

Plaintiff has filed a motion for judicial recusal pursuant to 28 U.S.C. 144 and 455 (Dkt. No. 11). In accordance with Section 144, the motion shall be heard by another judge. The **CLERK** shall randomly reassign the motion for recusal to be heard by another judge. The hearing scheduled for September 6, 2012, is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE