**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BERMAN,

        Plaintiff,

  v.

SUPERIOR COURT OF STATE OF
CALIFORNIA, et al.,

        Defendants.

                           /

No. C 12-03869 WHA

**ORDER REFERRING MOTION
FOR JUDICIAL RECUSAL**

       Plaintiff has filed a motion for judicial recusal pursuant to 28 U.S.C. 144 and 455 (Dkt.

No. 11).  In accordance with Section 144, the motion shall be heard by another judge.  The

**CLERK** shall randomly reassign the motion for recusal to be heard by another judge.  The

hearing scheduled for September 6, 2012, is **VACATED**.


      **IT IS SO ORDERED.**


Dated:   August 20, 2012.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE