**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BERMAN,

    Plaintiff,

  v.

SUPERIOR COURT OF STATE OF CALIFORNIA, and OPENTV CORP.,

    Defendants.
                                    /

No. C 12-03869 WHA

**ORDER GRANTING REQUESTED DISMISSAL**

      Pro se plaintiff has requested "dismissal of the Complaint" (Dkt. No. 22). Because defendant OpenTV Corporation has already filed an answer (without any counterclaims), a Court order is required for dismissal. FRCP 41(a). Plaintiff's request is granted, and this action is **DISMISSED WITHOUT PREJUDICE**. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: August 23, 2012.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE